IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JESUS ROBERTO VILLARREAL, | § | |
| Plaintiff, | § § § | |
| v. | § § | 2:15-CV-219-D |
| RILEY W. JOHNSON, et al., | § § § | |
| Defendants. | § | |

### ORDER

After making an independent review of the pleadings, files, and records in this case, the October 31, 2018 findings, conclusions, and recommendation of the United States Magistrate Judge, and plaintiff's November 14, 2018 objections, the court concludes the magistrate judge's findings and conclusions are correct. The recommendation of the magistrate judge is adopted, leave to amend and add parties is denied, and plaintiff's action against defendant Riley W. Johnson is dismissed without prejudice.

**SO ORDERED**.

November 30, 2018.

SIDNEY A. FITZWATER
SENIOR JUDGE