IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JESUS ROBERTO VILLARREAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:15-CV-219-D |
| | § | |
| RILEY W. JOHNSON, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, the February 21, 2019 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's March 7, 2019 objections, the court concludes that the magistrate judge's findings and conclusions are correct.

Accordingly, plaintiff's objections are overruled, the recommendation of the magistrate judge is adopted, and the motion for summary judgment of defendants Htoo Aung ("Aung") and Jose E. Armendarez ("Armendarez") is granted. Plaintiff's actions against defendants Aung and Armendarez are dismissed with prejudice by judgment filed today.

**SO ORDERED**.

March 21, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE